# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MELEANE FLEMING,

Plaintiff,

vs.

BIOLIFE PLASMA SERVICES, L.P., et al.,

Defendants.

Case No. 5:25-cv-02388-KK-MBK

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND RETAINING JURISDICTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**

Complaint Filed: July 9, 2025

Upon consideration of the Parties' Joint Stipulation of Dismissal of Entire Action with Prejudice and Request for Court to Retain Jurisdiction to Enforce Settlement, and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties for the limited purpose of enforcing the terms of the settlement agreement in accordance with federal law and California Code of Civil Procedure § 664.6.

Dated: July 22, 2026

Hon. Kenly Kiya Kato
United States District Judge